Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN
COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 103 (AKH)

MICHAELENE SCHULTZ,                                              Docket No.: 06-CV-1702

                              Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER**
                                              **TO MASTER COMPLAINT**
   -against-

                                                    **ELECTRONICALLY FILED**
AMERICAN EXPRESS BANK, LTD, *et al.*,

                              Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

      WHEREFORE, the defendants, LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 2, 2007

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendants
                          LEHMAN BROTHERS INC., LEHMAN
                          COMMERCIAL PAPER INC. and LEHMAN
                          BROTHERS HOLDINGS INC.

                          By: _____
                          Richard E. Leff (RL-2123)
                          80 Broad Street, 23rd Floor
                          New York, New York 10004
                          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel